

# CSC

## Notice of Service of Process

TMM / ALL
Transmittal Number: 17520101
Date Processed: 12/14/2017

| | |
|---|---|
| Primary Contact: | Joan Krueger<br>SVN Crossroads Management, LLC<br>1300 E. Woodfield Rd.<br>Ste 150<br>Schaumburg, IL 60173 |
| Entity: | Crossroads Real Estate Partners, LLC<br>Entity ID Number 3109860 |
| Entity Served: | Crossroads Real Estate Partners, LLC |
| Title of Action: | Amber Shahid vs. Crossroads Real Estate Partners, LLC, successor by merger to SVN Crossroads Management, LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Violation of State/Federal Act |
| Court/Agency: | McHenry County Circuit Court, Illinois |
| Case/Reference No: | 17AR000147 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 12/12/2017 |
| Answer or Appearance Due: | 12/22/2017 |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | John P. Dickson<br>815-317-5193 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com



EXHIBIT 2

LMS Packing Slip

# Package ID: 2830634

| | |
|---|---|
| **Tracking Number:** | 788933472130 |
| **Package Recipient:** | Joan Krueger |
| **Recipient Company:** | SVN Crossroads Management, LLC |
| **Recipient Address:** | 1300 E. Woodfield Rd. Ste 150<br>Schaumburg IL 60173 USA |
| **Phone Number:** | 8472397511 |

## Package Contents:

| Transmittal Number | Case Number | Title of Action |
|---|---|---|
| 17520101 | 17AR000147 | Amber Shahid vs. Crossroads Real Estate Partners, LLC, successor by merger to SVN Crossroads Management, LLC |

Katherine M. Keefe
Clerk of the Circuit Court • 22nd Judicial Circuit

# Public Case Access

## Case Information

**17AR000147** SHAHID, AMBER, ET AL VS CROSSROADS REAL ESTATE PARTNERS LLC

TYPE **ARBITRATION - MISCELLANEOUS - $30,000.01 TO $50,000.00**
FILED **05-15-2017**
STATUS **OPEN - 05-15-2017**

Court Events | Documents | Parties | Charges / Sentences | Summons | Judgments | Financial Summary

| Party | Party Type | Summons Type | Summons Date | Service Method | Service Date |
|---|---|---|---|---|---|
| CROSSROADS REAL ESTATE PARTNERS LLC | DEFENDANT | SUMMONS | 05-15-2017 | | |
| CROSSROADS REAL ESTATE PARTNERS LLC | DEFENDANT | SUMMONS - ALIAS | 08-24-2017 | | |
| CROSSROADS REAL ESTATE PARTNERS LLC | DEFENDANT | SUMMONS - ALIAS | 10-26-2017 | | |
| CROSSROADS REAL ESTATE PARTNERS LLC | DEFENDANT | SUMMONS - ALIAS | 12-11-2017 | CORPORATE | 12-12-2017 |