IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMBER SHAHID and MOHAMMED HASAN, ) ) ) Plaintiffs, ) ) v. ) ) ) CROSSROADS REAL ESTATE ) PARTNERS, LLC, successor by merger to ) SVEN CROSSROADS MANAGEMENT, ) LLC, ) ) Defendant. ) | Case No.: 3:18-cv-50011<br><br>Honorable Frederick J. Kapala<br>Magistrate Iain D. Johnston |

**DEFENDANT CROSSROADS REAL ESTATE PARTNERS, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, Defendant, CROSSROADS REAL ESTATE PARTNERS, LLC, successor by merger to SVEN CROSSROADS MANAGEMENT, LLC ("Crossroads") by and through its attorneys, Clausen Miller PC, submits this Motion to Dismiss Plaintiffs, AMBER SHAHID's and MOHAMMED HASSAN's, Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1. On May 15, 2017, Plaintiffs initiated the above captioned action by filing a two-count complaint in the Circuit Court of the Twenty-Second Judicial Circuit, McHenry County, Illinois.

2. On January 10, 2018, this action was removed to the Northern District of Illinois, Western Division.

3. On January 16, 2018 Honorable Magistrate Judge Iain D. Johnston granted Crossroads' motion for an extension of time to answer or otherwise plead to February 13, 2018.

2

4. For reasons more fully set forth in the Memorandum in Support of the Motion, which is fully adopted and incorporated herein, Crossroads moves this Honorable Court to Dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, for the reasons stated herein, Defendant CROSSROADS MANAGEMENT, LLC respectfully requests that this Honorable Court enter an Order dismissing Plaintiffs, AMBER SHAHID's and MOHAMMED HASSAN's, Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for any other relief this Court deems just and proper.

Dated: February 13, 2018

    Respectfully submitted,

    Regional Recovery Services, Inc.

    /s/ PAIGE M. NEEL
    CLAUSEN MILLER P.C.

PAIGE M. NEEL – 6279324
DANIEL L. POLSBY - 6270444
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
FAX: 312.606.7777
pneel@clausen.com
Attorneys for Defendant
Crossroads Real Estate Partners, LLC