IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMBER SHAHID and MOHAMMED HASAN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO: 3:18-cv-50011 |
| | ) | |
| CROSSROADS REAL ESTATE PARTNERS, | ) | |
| LLC, successor by merger to SVEN | ) | |
| CROSSROADS MANAGEMENT, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 2, 2018 at 9:00 a.m., or as soon thereafter as I

may be heard, I shall appear before the Honorable Judge Frederick J. Kapala, or any judge sitting

in his stead in Courtroom 5300 of the U.S. District Court of the Northern District of Illinois,

Western Division, Rockford, Illinois and shall present Defendant's Motion to Dismiss Plaintiffs'

Complaint and Memorandum in Support of Motion to Dismiss.

Respectfully submitted,

*/s/Paige M. Neel*

PAIGE M. NEEL (6279324)
DANIEL L. POLSBY (6270444)
CLAUSEN MILLER P.C.
10 S. LaSalle Street
Chicago, IL 60603-1098
312.855.1010
Fax: 312.606.7777
pneel@clausen.com
dpolsby@clausen.com
Attorneys for CROSSROADS REAL ESTATE PARTNERS, LLC

1614240.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certifies that a true and correct copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on February 13, 2018.

Respectfully submitted,

*/s/Paige M. Neel*

2

1614240.1