UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Western Division

Amber Shahid, et al.
                                  Plaintiff,

v.                                                    Case No.: 3:18−cv−50011
                                                          Honorable Frederick J. Kapala

Crossroads Real Estate Partners, LLC
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status and motion hearing held on 2/20/2018. Defendant's motion to dismiss [10] is stricken for the reasons stated on the record. Defendant's motion for summary judgment shall be filed by 4/2/2018. Briefing on the motion set as follows: response due 5/4/2018, reply due 5/25/2018. In light of the entered briefing schedule, presentment of the motion is waived. The parties Rule 26(a)(1) initial disclosures due 7/2/2018. Telephonic status hearing set for 9/13/2018 at 9:00 AM. By 9/11/2018 counsel shall review the Court's standing order on telephonic status hearings and provide direct−dial numbers to the Court's operations specialist who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.